IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANA K.,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>  Defendant. | NO. 4:25CV3092<br><br>JUDGMENT ON JUDICIAL REVIEW OF COMMISSIONER'S DENIAL OF BENEFITS |

Pursuant to the accompanying Memorandum and Order filed this date, the Commissioner's final decision is affirmed, and the case is closed.

Dated this 19th day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge